OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

9/30/2014

UPSHAW, WILLIE          Tr. Ct. No. 114-2169-06-C          WR-71,569-03

On this day, this Court has dismissed "APPLICANT'S MOTION TO SUPPLEMENT RECORD TO APPLICATION FOR WRIT OF HABEAS CORPUS".

Abel Acosta, Clerk



WILLIE UPSHAW
BETO I UNIT - TDC #1423175
P. O. BOX 128
TENNESSEE COLONY, TX 75880